**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ALBERT L. JOHNSON, SR.,**    ) <br>   )<br> **Petitioner,**    )<br>   )<br> **v.**    )<br>   )<br> **UNITED STATES OF AMERICA, et al.,**    )<br>   )<br> **Respondents.**    ) | **Civil Action No.**<br>**26-cv-12000-IT** |

<u>**ORDER**</u>
June 12, 2026

**TALWANI, D.J.**

On April 23, 2026, the court received a <u>Petition for Writ of Habeas Corpus</u> [Doc. No. 1] from Albert L. Johnson, Sr., who is in custody at the Federal Medical Center in Rochester, Minnesota ("FMC-Rochester) pursuant to a court order issued in this District in <u>United States v. Albert Johnson</u>, 20-cv-10865-ADB. Proceeding *pro se*, Johnson seeks to an order "Vacating/Reversing Petitioner's Civil Commitment and Sentencing Order, coupled with Setting Aside same, and issue any and all writs/orders, per 28 USC Sec. 1651 & 1331 to aid in Petitioner's [release], and recover Declaratory, Monet[a]ry, and Punitive Damages/funds for the [damages] suffered and done, during all of his illegal imprisonment time spent." Pet. 6 [Doc. No. 1]. Johnson sought to file the document on the docket of the earlier case, but because the document seeks a writ of habeas corpus, the clerk has opened a new matter, 26-cv-12000. Under 28 U.S.C. § 1914, the filing fee for an application for a writ of habeas corpus is $5.00.

Accordingly, this court hereby orders as follows:

1.      Within 28 days of this Order, Johnson shall either (1) pay the $5.00 filing fee; or (2) file a motion to proceed *in forma pauperis*, that is, file an application to proceed in district

court without prepaying fees or costs accompanied by a certified prison account statement.

Failure of Johnson to comply with this directive may result in dismissal of this action.

2.      The clerk of this court shall serve a copy of the Petition and this Order on the

Respondents and the United States Attorney for the District of Massachusetts.

3.      The Respondents shall file an answer or other responsive pleading within 21 days

of either (1) Johnson's payment of the $5 filing fee; or (2) this court's granting of a motion to

proceed *in forma pauperis*.

SO ORDERED.

/s/ Indira Talwani
June 12, 2026                                UNITED STATES DISTRICT JUDGE